

# Iowa District Court

## Civil Claims Division

**COMPLAINT FOR BREACH OF CONTRACT AND VIOLATION OF IOWA PROCUREMENT CODE**

### 1. Parties
Plaintiff, Gene Fernandez dba USA Construction DUNS # 117-154494 is a interior construction company doing business at 1934 Peck St. Muskegon, Mi 49441. The Defendant, Iowa Purchasing Department, is an agency of the State of Iowa responsible for the procurement process and administration of contracts and master agreements.

### 2. Jurisdiction and Venue
This Court has jurisdiction over this matter due to improper contract termination of convenience, and fraudulent practices regarding master agreement # 20169 for painting and repair services of the Iowa Capitol Building Complex.. Venue is proper in Polk county because the events giving rise to the complaint occurred in this county.

### 3. Facts
On or about [contract date], Plaintiff entered into a contract with the Defendant under **Master Agreement #20169**. The contract was terminated for convenience on [termination date], without proper notice or justification. Furthermore, the contract was assigned to a second contractor without compliance with proper procedures outlined in the Iowa Procurement Code.

Despite Plaintiff's satisfactory performance under the contract, the aforementioned party did not receive a required notice of termination as outlined in **Iowa Code Chapter 8A**, which governs state procurement processes. Plaintiff has requested payment for project estimation hours accumulated during the life of the master agreement numerous times and received no correspondence. Plaintiff states that his request for payment is fair, considering the amount of time involved in writing estates for larger projects, in addition to his company's " capability statement " not citing " free estimates. "

#### a.) Code Violations

* Iowa Code § 721.3 (Misuse of state funds) -
  A public officer or employee who knowingly misuses state funds or resources for purposes other than those for which the funds were intended may be charged with criminal conduct."

* Iowa Code § 714.1 (Fraudulent practice) -

A person who, with intent to defraud, knowingly uses a false statement, representation, or misrepresentation in connection with obtaining any public contract or payment from the government may be subject to criminal penalties."

* Iowa Code § 714.2 (Theft by deception) –
A person commits theft by deception if they knowingly use false information or deceptive practices to deprive another person of property."

* Iowa Code § 721.3 (Misuse of state funds) -A public officer or employee who knowingly misuses state funds or resources for purposes other than those for which the funds were intended may be charged with criminal conduct."

### 4. Claims for Relief
Plaintiff asserts that:

- The convenience termination of the contract was improper and a violation of the **Iowa Procurement Code** (Iowa Code Chapter 8A), including failure to provide proper notice of termination.
- The assignment of the contract to a second contractor was unlawful and violated the procedures for contract assignment under state procurement laws.
- Plaintiff originally requested payment of $6,364.00 for unpaid project estimation hours ( Plaintiff is a contractor and does not offer Free Estimates in the capability statement provided to defendant. ) The defendant has ignored multiple notarized correspondences from the aforementioned party, and thus established a need for due process in the form of a formal complaint and request for relief.
- This individual has suffered financial losses, including lost profits, expenses incurred, and damages due to the wrongful termination and assignment of the contract.

### 5. Damages
As a result of Defendant's actions, Plaintiff has suffered damages, including [list specific damages such as lost profits, expenses, costs of unfinished work, etc.]. Plaintiff seeks the following relief:

- Payment for unpaid estimation hours worked while under the contract.
- Compensation for lost profits and damages incurred as a result of the wrongful termination.
- Any other relief the Court deems just and proper.

## 6. Request for Relief

Wherefore, Plaintiff respectfully requests that the Court:

- Declare that Defendant's actions constituted a <u>breach of contract and violation of Iowa's Procurement Code.</u>
- Order the Defendant to compensate Plaintiff for damages incurred as a result of the unlawful termination and assignment.
- Award Plaintiff attorney's fees and costs of this action = $75,000.00
- Grant any other relief the Court deems appropriate.

**Date:** Dec. 2 2024

**Plaintiff's Signature:**

Gene Fernandez

DUNS # 117154-494

Owner - USA Construction

(231) 489-7399

www.USAConst.net



| STATE OF IOWA | MA 005 | 20169 |
|---|---|---|
| **MASTER AGREEMENT** Contract Declaration and Execution | EFFECTIVE BEGIN DATE: EXPIRATION DATE: PAGE: | 12-05-2019 12-04-2020 1 of 3 |

**VENDOR:**
Gene Fernandez
USA CONSTRUCTION
PO BOX
PO Box 1131
Harvey, IL 60426-7131

**VENDOR CONTACT:**
Gene Fernandez
PHONE: 312-610-0644    EXT:
EMAIL: FGFPAINTING@AOL.COM

**ISSUER:**
Randy Bennett
PHONE: 515-725-2925
EMAIL: Randy.Bennett@iowa.gov

FOB: FOB Dest, Freight Prepaid

Contract For: Painting Service Services for Capitol Complex

The parties agree to comply with the terms and conditions on the following attachments which are by this reference made a part of the Agreement.

Attachments are on file with the Department of Administrative Services - Central Procurement.

Attachment 1: Competitive Solicitation RFB0520005116

Attachment 2: Contractor's Response to Solicitation Criteria RFB0520005116 (except for any contractor objection or amendment to the Competitive Solicitation Document requirements that the State has not explicitly agreed to in writing)

Attachment 3: Bid Tabulation to competitive solicitation RFB0520005116.

For ordering contact the Vendor located in the header.

**RENEWAL OPTIONS**

| FROM | 12-05-2020 | TO | 12-04-2021 |
| FROM | 12-05-2021 | TO | 12-04-2022 |
| FROM | 12-05-2022 | TO | 12-04-2023 |
| FROM | 12-05-2023 | TO | 12-04-2024 |
| FROM | 12-05-2024 | TO | 12-04-2025 |

**AUTHORIZED DEPARTMENT**
ALL
SUB    Other Governmental Entities



| | | STATE OF IOWA<br>MASTER AGREEMENT<br>Contract Declaration and Execution | MA 005 | | 20169 |
|---|---|---|---|---|---|
| | | | EFFECTIVE BEGIN DATE: | | 12-05-2019 |
| | | | EXPIRATION DATE: | | 12-04-2020 |
| | | | PAGE: | | 2 of 3 |

| LINE NO. | QUANTITY / SERVICE DATES | UNIT | COMMODITY / DESCRIPTION | UNIT COST / PRICE OF SERVICE |
|---|---|---|---|---|
| 1 | 0.00000 | HOUR | 91054 | $ 0.000000 |
| | | | | $ 0.000000 |

REF DOC:     REF VNDR LN:     REF COMM LN:     REF TYPE: FINAL

Painting, Maintenance and Repair Services (Including Caulkin
Painting Service Services Time/Labor

$129 / hr. per level 4 painter, construction, and maintenance employee

$86 / hr for office administration

$148 / hr for project management.

| 3 | 0.00000 | EA | 91054 | $ 0.000000 |
|---|---|---|---|---|
| | | | | $ 0.000000 |

REF DOC:     REF VNDR LN:     REF COMM LN:     REF TYPE: FINAL

Painting, Maintenance and Repair Services (Including Caulkin
Painting Service Materials

Contractor has established a Sherwin Williams professional account that offers a variable 10% - 40% discount rate.



**STATE OF IOWA**
**MASTER AGREEMENT**
Contract Declaration and Execution

MA 005     20169
EFFECTIVE BEGIN DATE: 12-05-2019
EXPIRATION DATE: 12-04-2020
PAGE: 3 of 3

## TERMS AND CONDITIONS

Services Effective 1 May 16

The parties agree to comply with the terms and conditions on the following web site which are by this reference made a part of the Agreement. General Terms and Conditions for service contracts are posted at: https://das.iowa.gov/sites/default/files/procurement/pdf/050116%20terms%20services.pdf

THIS MASTER AGREEMENT IS EFFECTIVE AS OF THE LATEST DATE SHOWN IN "EFFECTIVE BEGIN DATE" IN THE UPPER RIGHT HAND CORNER OR THE DATE BELOW SIGNED BY THE STATE OF IOWA.

| CONTRACTOR | STATE OF IOWA |
|---|---|
| CONTRACTOR'S NAME (If other than an individual, state whether a corp, partnership, etc.)<br>Gene Fernandez DBA USA Construction | AGENCY NAME<br>DAS Procurement |
| BY (Authorized Signature)   Date Signed<br>*[signature]* | BY (Authorized Signature)   Date Signed<br>*[signature]*   20 Nov 2019 |
| Printed Name and Title of Person Signing<br>Gene Fernandez - Contractor | Printed Name and Title of Person Signing<br>Randy Bennett - Purchasing Agent |
| Address<br>4717 River Dr Lisle, Il 60532 | Address Hoover Bldg., 3rd Floor, 1305 E. Walnut St.<br>Des Moines, Iowa 50319-0105 |

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. RFB0520005116 | 2. TYPE OF SOLICITATION<br>☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | 3. DATE ISSUED 10/13/19 | PAGE 1 | OF PAGES |

**IMPORTANT** - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NUMBER | 5. REQUISITION/PURCHASE REQUEST NUMBER | 6. PROJECT NUMBER |

| 7. ISSUED BY  CODE | 8. ADDRESS OFFER TO |
|---|---|
| ADMINISTRATIVE SERVICES DEPARTMENT<br>C/O: RANDY BENNETT<br><br>1305 E WALNUT ST<br>HOOVER BUILDING 3RD FLOOR<br>DES MOINES, IA 50319<br>(515) 725 - 2925 | |

| 9. FOR INFORMATION CALL: | a. NAME USA CONSTRUCTION - GENE F. | b. TELEPHONE NUMBER (Include area code) (NO COLLECT CALLS) (312) 610 - 0644 |

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid and "bidder".

**10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS** (Title, identifying number, date)

Contractor is being hired to provide painting and repair services for a term of 12 months for the State of Iowa Capitol building.
Pricing for said services shall be based on General Services Administration pricing for level 3 painting services and provided by the GSA website.
The rates provided are fully burdened, applicable worldwide, and representative of the current fiscal year of 2019.
The data represents rates awarded at the master contract level.

Pricing for services are as follows:

1. An estimated 365 days of services per year.
Services performed: Interior painting and repair, of walls, ceilings, and coverings for the Iowa Capitol Building.
2. Full time employment of 6 employees:
- 4 Level 3 painting & repair specialists
- 1 Office representative
- 1 Building project manager

3. Required annual 5,110 hour work days for each employee, for a total of 40,880 hours annually.
4. An average General Services Administration work rate of ( a. ) $99 per level 3 painter, ( b. ) $110 for office administration, and ( c. ) $112 for project management.
a. ) https://calc.gsa.gov/?q=painters, construction and maintenance, level iv,
b. ) https://calc.gsa.gov/?q=office administrator,
c. ) https://calc.gsa.gov/?q=construction manager,

Estimated service costs to meet GSA requirements are $2,861,800, with materials and services included.

Annual term rate discounts:

1. Office administration costs have been adjusted to an hourly rate of $52.00 per hour.

2. Contractor will offer a 12 month term discount of 29% ( - $829,922.00. )

Estimated annual costs for State of Iowa Capitol building painting and repair services is $2,031,878.00.

The Services will also include any other tasks which the Parties may agree on. The Contractor hereby agrees to provide such Services to the Client.

**11.** The contractor shall begin performance within __30__ calendar days and complete it within __365__ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory ☐ negotiable. (See _____).

**12a.** THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES", indicate within how many calendar days after award in Item 12b.)  ☐ YES  ☒ NO  | **12b.** CALENDAR DAYS

**13. ADDITIONAL SOLICITATION REQUIREMENTS:**

a. Sealed offers in original and __digiall__ copies to perform the work required are due at the place specified in Item 8 by __1:00 pm__ (hour) local time __11/4/19__ (date). If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

b. An offer guarantee ☐ is, ☒ is not required.

c. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

d. Offers providing less than __90__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

STANDARD FORM 1442 (REV. 8/2014)
Prescribed by GSA - FAR (48 CFR) 53.236-1(d)

**OFFER** *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NUMBER *(Include area code)* |
|---|---|
| USA CONSTRUCTION - GENE F.<br>DUNS #: 117154494<br><br>4717 RIVER DR LISLE, IL 60532 | (312) 610 - 0644 |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14.)* |

CODE  8D3P5        FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within __90__ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13d. Failure to insert any number means the offeror accepts the minimum in Item 13d.)*

**AMOUNTS** ▶ ANNUAL ESTIMATED BUILDING PAINT & REPAIR COSTS: 2,031,878.00

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NUMBER | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE. | | | | | | | | | | | |

| 20a. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20b. SIGNATURE | 20c. OFFER DATE |
|---|---|---|
| FERNANDEZ, GENE - OWNER | [signature] | 11/4/19 |

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) (   )   ☐ 41 U.S.C. 3304(a) (   ) |
|---|---|
| 26. ADMINISTERED BY | 27. PAYMENT WILL BE MADE BY |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| ☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ____ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|
| 30a. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31a. NAME OF CONTRACTING OFFICER *(Type or print)* |
| 30b. SIGNATURE           30c. DATE | 31b. UNITED STATES OF AMERICA<br>BY           31c. DATE |

STANDARD FORM 1442 (REV. 8/2014) BACK

# MA 20169 BREACH OF CONTRACT EVIDENCE

Gene Fernandez
USAC
DUNS: 117154494
CAGE: 8D3P5
PO Box 1131
Harvey, Il 60426
(773) 550 - 3848
admin@USAConst.net
www.USAConst.net

This is the original email requesting Master Agreement renewal from Randy Bennett



## MA 20169 BREACH OF

**Response email sent to Randy Bennett, 1 day later, confirming Master Agreement # 20169 renewal.**

**Owner has not heard back from Randy Bennett since the correspondence.**

**Randy Bennett has canceled the Master Agreement without notifying the contractor,**

**Thus creating a Breach of Contract.**

---

Survey

**Gene F** <admin@usaconst.net>
to randy.bennett

Fri, Aug 7, 2020, 7:20 AM

Good morning Randy,

T.G.I.F.

I have attached the survey for your records.

Please feel free to contact me with any questions.

Thank you.

- Gene F.

Owner
USAC
Admin@USAConst.net
www.USAConst.net
(773) 550 - 3848

---

Contract renewal document sent to Randy Bennett, clearly stating a " Approved " renewal of Master Agreement # 20169.

This document was requested by email, and ignored by Randy Bennett. Mr. Bennett canceled MA # 20169 without notifying the contractor.

# Painting Services Sales Report for all Iowa Agencies

### Summary

| CLIENT | WORK INFO | COST | NUMBER OF EMPLOYEES | ESTIMATED TIME | DETAILS | JOB OUTCOME |
|---|---|---|---|---|---|---|
| VETERANS AFFAIRS HOSPITAL | Paint, Wallpaper, HVAC, Wall Repairs | $413,272.00 | 7 | 24 Wks | Budget not available for project. Contractor offered price discount. Discount denied | Unfulfilled |
| IOWA YOUTH DETENTION CENTER | Interior painting of halls and stair wells | $12,230.00 | 2 | 5 Wks | Budget not available for project. Contractor offered price discount. Discount denied | Unfulfilled |
| **TOTAL** | | $425,502.00 | 9 Employees | 29 Wks | | Unfulfilled |

| | |
|---|---|
| **Annual contract approval** | **Contract renewal " approved "** |
| **Price Adjustment** | Price adjustment " approved " |
| **Product Changes** | No product changes " confirmed " |
| **Proof of insurance** | Attached |
| **Company organizational changes** | No company organization changes have been " confirmed " |