# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Gene Fernandez,

                        **CIVIL NUMBER:  4:25-cv-00070-SHL-SBJ**

        Plaintiff(s),

v.                                 **JUDGMENT IN A CIVIL CASE**

State of Iowa Purchasing Department,

        Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**:

Plaintiff's Complaint is dismissed for lack of subject matter jurisdiction. Judgment entered in favor of Defendant and against Plaintiff.

Date:  March 31, 2025

                                          CLERK, U.S. DISTRICT COURT

                                          /s/  M. Mast

                                          By: Deputy Clerk